UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Benjamin Hendricks**, *et al.*,

   **Plaintiff**,

v.                       Case No. 2:12–cv–729

**John Kasich**, *et al.*,        Judge Michael H. Watson

   **Defendants.**

### ORDER

Plaintiff moves to dismiss this case without prejudice. Mot. Dismiss, ECF No. 42. Magistrate Judge Kemp has issued a report and recommendation ("R&R") recommending that the Court grant Plaintiff's motion. R&R, ECF No. 43. The R&R advised the parties of their right to file objections and specifically stated that the failure to object would result in a waiver of the right to *de novo* review by the Undersigned and a waiver of the right to appeal the decision of the Undersigned. The time for objecting has long passed, and no objections were filed.

Accordingly, the Court **ADOPTS** the R&R and dismisses this case without prejudice.

**IT IS SO ORDERED.**

                                        /s/ Michael H. Watson
                                        **MICHAEL H. WATSON, JUDGE**
                                        **UNITED STATES DISTRICT COURT**